UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| OPHA D. THOMPSON,<br><br>Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | Case No.<br><br>REMOVED FROM THE CIRCUIT COURT OF LAUDERDALE COUNTY, ALABAMA<br>CASE NO. 41-CV-2017-900279.00 |

## DEFENDANT'S NOTICE OF REMOVAL

## EXHIBIT A


# CT Corporation

**Service of Process Transmittal**
08/23/2017
CT Log Number 531808549

**TO:** Jessica Roessel, Process Mgmt Analyst
PGIM Real Estate
Viewing Rights Only, 751 Broad Street
4th Floor
Newark, NJ 07102

**RE:** **Process Served in Alabama**

**FOR:** The Prudential Insurance Company of America (Domestic State: NJ)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Opha D. Thompson, Pltf. vs. The Prudential Insurance Company of America, Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Attachment, Complaint |
| **COURT/AGENCY:** | Lauderdale County Circuit Court, MS<br>Case # 41CV201790027900 |
| **NATURE OF ACTION:** | Employee Litigation - Wrongful Termination - November 7, 2014 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Montgomery, AL |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 08/23/2017 postmarked on 08/18/2017 |
| **JURISDICTION SERVED:** | Alabama |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after summons and complaint or other document were served on you |
| **ATTORNEY(S) / SENDER(S):** | R. Willson Jenkins<br>P.O. Box 1061<br>Florence, AL 35631-1061<br>256-764-3941 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/23/2017, Expected Purge Date: 08/28/2017<br><br>Image SOP<br><br>Email Notification, Legal Process Unit legal.process.unit@prudential.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 2 North Jackson Street<br>Suite 605<br>Montgomery, AL 36104 |
| **TELEPHONE:** | 212-590-9070 |

Page 1 of 1 / NC

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



UNITED STATES POSTAGE
PITNEY BOWES
02 1P     $ 006.77⁰
0000842571    AUG 18 2017
MAILED FROM ZIP CODE 35630

CERTIFIED MAIL®

9314 7699 0430 0037 8078 39
RETURN RECEIPT REQUESTED

CT Corporation System
2 North Jackson Street
Suite 605
Montgomery, AL 36104

MISSY HOMAN
CIRCUIT COURT CLERK
LAUDERDALE COUNTY
P.O. BOX 795
FLORENCE, ALABAMA

ELECTRONICALLY FILED
8/16/2017 11:46 AM
41-CV-2017-900279.00
CIRCUIT COURT OF
LAUDERDALE COUNTY, ALABAMA
MISSY HOMAN, CLERK

| State of Alabama<br>Unified Judicial System<br>Form ARCiv-93  Rev.5/99 | **COVER SHEET<br>CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number<br>41<br>Date of Filing:<br>08/16/2017 | Judge Code: |

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF LAUDERDALE COUNTY, ALABAMA
### OPHA D THOMPSON v. CT CORPORATION SYSTEM

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other
**First Defendant:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other:

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☑ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING    A ☐ APPEAL FROM DISTRICT COURT    O ☐ OTHER
R ☐ REMANDED    T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO   Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☐ MONETARY AWARD REQUESTED  ☑ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
JEN009                    8/16/2017 11:46:55 AM           /s/ ROBERT WILLSON JENKINS MR
                          Date                             Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☑ NO ☐ UNDECIDED

ELECTRONICALLY FILED
8/16/2017 11:46 AM
41-CV-2017-900279.00
CIRCUIT COURT OF
LAUDERDALE COUNTY, ALABAMA
MISSY HOMAN, CLERK

## IN THE CIRCUIT COURT OF LAUDERDALE COUNTY ALABAMA

| | |
|---|---|
| **Opha D. Thompson** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CASE NO.:** |
| ) | |
| **The Prudential Insurance Company** ) | |
| **of America** ) | |
| ) | |
|     **Defendant..** ) | |

## ERISA COMPLAINT

### Jurisdictional Allegations

1. Plaintiff, Opha D. Thompson, is a resident of the State of Alabama and resides in Lauderdale County, Alabama.

2. Plaintiff is a plan participant or plan beneficiary in the Hillshire Brands Company Long Term Disability Plan (hereinafter referred to as the "Plan"), which is an "employee welfare benefit plan" as defined under 29 U.S.C. 1002(1). This Plan is sponsored by Hillshire Brands Company, Plaintiff's former employer.

3. The Plan is insured by Defendant, The Prudential Insurance Company of America (hereinafter referred to as "Prudential") under a group policy number 50009-IL issued to Hillshire Brands Company under the laws of the state of Illinois.

4. Prudential both insures the Plan and determines eligibility long-term disability benefits.

5. Prudential is a foreign corporation with its principal headquarters in Newark, New Jersey.

6. The Plaintiff's complaint is for benefits due under an employee welfare benefit plan pursuant to 29 U.S.C. 1132(a)(1)(B). State Courts have concurrent jurisdiction of such actions pursuant to 29 U.S.C. 1132 (e)(1).

## Factual Allegations

7. Plaintiff worked for Hillshire Brands Company as a biscuit assembler from 1982 through May of 2012. Thereafter, the Plaintiff was unable to work at her own occupation or any occupation due to various medical illnesses or sicknesses including osteoarthritis involving pain and swelling in her hands, legs and knees, uncontrolled high blood pressure, blurred vision and headaches.

8. The Plaintiff's last day of work with her employer was May 9, 2012. After a 180 waiting period, Prudential began paying Plaintiff monthly long term disability benefits effective November 8, 2012 due to her disability.

9. In a letter dated May 1, 2014, Prudential informed the Plaintiff that it would terminate monthly payments effective May 31, 2014 due to lack of medical support for continuing disability.

10. In a letter dated June 9, 2014, Prudential advised that they were reinstating monthly long term disability benefits.

11. In a letter dated June 17, 2014, Prudential advised that *effective* November 7, 2014 that the Plaintiff would no longer meet the definition of disabled under the terms Plan, that monthly benefits would terminate on November 7, 2014 and that she could appeal this decision to Prudential within 180 days.

12. In a letter dated December 3, 2014, the Plaintiff appealed Prudential's decision to terminated monthly long term disability benefits.

13. In a letter dated February 24, 2015, Prudential advised the Plaintiff that her appeal was denied and that she had exhausted her administrative remedies under the Plan. Prudential also informed the Plaintiff that she could also file a second voluntary appeal.

14. In a letter dated August 19, 2015, the Plaintiff filed a second voluntary appeal appealed regarding the termination of her monthly long term disability benefits effective November 7, 2014.

15. In a letter dated September 18, 2015, Prudential denied Plaintiffs voluntary appeal.

## COUNT I

16. Plaintiff re-adopts and re-alleges the Jurisdictional and Factual Allegations set out in preceding paragraphs, as if, fully and completely set out herein.

17. Prudential has wrongfully terminated the Plaintiff's long-term disability benefits effective November 7, 2014. Plaintiff is disabled under the terms of the Plan due to the various medical conditions listed in paragraph 7.

18. Plaintiff is entitled under the Plan to back due benefits from November 7, 2014 to date and continuing monthly long-term disability benefits under her normal retirement age pursuant to 29 U.S.C. 1132(a)(1)(b) for as long as Plaintiff remains disabled under the terms of the Plan.

19. Plaintiff has had no choice but to file this action for benefits due under the terms of the Plan and has had to hire an attorney to help her prosecute both her appeals and this action.

WHEREFORE THESE PREMISES CONSIDERED, the Plaintiff prays that this Honorable Court will enter a judgment in favor of the Plaintiff and against the Defendant for past due long-term disability benefits pursuant to 29 U.S.C. 1132(a)(1)(b); for the Court to order the Defendant to pay future long-term disability benefits to the Plaintiff under the terms of the Plan for as long as the Plaintiff remains disabled; and for the Court to order the Defendants to pay interest on back due benefits and to award a reasonable attorney's fees and other costs pursuant to 29 U.S.C. 1132(g).

                              R. Willson Jenkins
                              R. Willson Jenkins (ASB-1097-i61R)
                              Attorney for Plaintiff
                              P.O. Box 1061
                              Florence, AL  35631-1061
                              256-764-3941
                              Willson@JenkinsandGonce.com

*Defendant to be served by certified mail

The Prudential Life Insurance Company of America
Registered Agent: CT Corporation System
2 North Jackson Street
Suite 605
Montgomery, AL 36104



AlaFile E-Notice

41-CV-2017-900279.00

To: ROBERT WILLSON JENKINS MR.
billie@jenkinsandgonce.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF LAUDERDALE COUNTY, ALABAMA

OPHA D THOMPSON V. CT CORPORATION SYSTEM
41-CV-2017-900279.00

The following complaint was FILED on 8/16/2017 11:46:59 AM

Notice Date: 8/16/2017 11:46:59 AM

MISSY HOMAN
CIRCUIT COURT CLERK
LAUDERDALE COUNTY, ALABAMA
200 SOUTH COURT STREET
FLORENCE, AL, 35630

256-760-5728



AlaFile E-Notice

41-CV-2017-900279.00

To: CT CORPORATION SYSTEM
2 NORTH JACKSON STREET
SUITE 605
MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF LAUDERDALE COUNTY, ALABAMA

OPHA D THOMPSON V. CT CORPORATION SYSTEM
41-CV-2017-900279.00

The following complaint was FILED on 8/16/2017 11:46:59 AM

Notice Date:    8/16/2017 11:46:59 AM

MISSY HOMAN
CIRCUIT COURT CLERK
LAUDERDALE COUNTY, ALABAMA
200 SOUTH COURT STREET
FLORENCE, AL, 35630

256-760-5728

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>**41-CV-2017-900279.00** |
|---|---|---|

**IN THE CIRCUIT COURT OF LAUDERDALE COUNTY, ALABAMA**
**OPHA D THOMPSON V. CT CORPORATION SYSTEM**

**NOTICE TO:** CT CORPORATION SYSTEM, 2 NORTH JACKSON STREET SUITE 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), ROBERT WILLSON JENKINS MR.

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 210 E. TENNESSEE STREET, FLORENCE, AL 35630

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of OPHA D THOMPSON pursuant to the Alabama Rules of the Civil Procedure.    *[Name(s)]*

| 8/16/2017 11:46:59 AM | /s/ MISSY HOMAN | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ ROBERT WILLSON JENKINS MR.
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County,
*(Name of Person Served)*   *(Name of County)*

Alabama on _____.
*(Date)*

_____    _____    *(Address of Server)*
*(Type of Process Server)*    *(Server's Signature)*

_____    _____
*(Server's Printed Name)*    *(Phone Number of Server)*

| State of Alabama Unified Judicial System Form C-34 Rev. 4/2017 | **SUMMONS** - CIVIL - | **Court Case Number** 41-CV-2017-900279.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF LAUDERDALE COUNTY, ALABAMA
### OPHA D THOMPSON V. CT CORPORATION SYSTEM

**NOTICE TO:** CT CORPORATION SYSTEM, 2 NORTH JACKSON STREET SUITE 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), ROBERT WILLSON JENKINS MR.

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 210 E. TENNESSEE STREET, FLORENCE, AL 35630

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of OPHA D THOMPSON pursuant to the Alabama Rules of the Civil Procedure.      *[Name(s)]*

| 8/16/2017 11:46:59 AM | /s/ MISSY HOMAN | By /mh |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.      /s/ ROBERT WILLSON JENKINS MR.
*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____
                                                                *(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County, Alabama on _____

*(Name of Person Served)*      *(Name of County)*

*(Date)*

_____      _____
*(Type of Process Server)*      *(Server's Signature)*      *(Address of Server)*

_____      _____
*(Server's Printed Name)*      *(Phone Number of Server)*

### 41-CV-2017-900279.00
### OPHA D THOMPSON V. CT CORPORATION SYSTEM

| C001 - OPHA D THOMPSON | v. | D001 - CT CORPORATION SYSTEM |
|---|---|---|
| *(Plaintiff)* |  | *(Defendant)* |

**SERVICE RETURN COPY**