FILED

2017 Oct-30  PM 04:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF ALABAMA
## NORTHWESTERN DIVISION

OPHA D. THOMPSON,

        Plaintiff,

    v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

        Defendant.

Case No. 3:17-cv-01581-HNJ

### JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY

Plaintiff Opha D. Thompson ("Plaintiff") and Defendant The Prudential

Insurance Company of America ("Defendant") (collectively, the "Parties"), by and

through their respective undersigned attorneys, hereby submit this joint notice of

settlement and request to stay of all case activity, and state the following.

1.      On October 25, 2017, the Parties reached a settlement in principle.

2.      The Parties anticipate that they will soon finalize their settlement

agreement and be prepared to file a Joint Stipulation of Dismissal with Prejudice.

3.      Because the Parties have reached a settlement in principle, the Parties

request to stay all case activity in this action for forty-five (45) days.

4.      This request is made in good faith and not for the purposes of causing

unwarranted delay.

WHEREFORE, the Parties jointly submit this notice of settlement and request that this Court enter an order to stay for forty-five (45) all activity pending the filing of the Joint Stipulation of Dismissal with Prejudice.

41955742v.1

Date: October 30, 2017

Respectfully submitted,

OPHA D. THOMPSON

BY:   */S/ R. WILLSON JENKINS*
      *(BY PERMISSION)*
      ONE OF ITS ATTORNEYS

R. Willson Jenkins
willson@jenkinsandgonce.com
R. WILLSON JENKINS P.C.
201 South Court Street Suite 450
P.O. Box 1061
Florence, AL 35630
Telephone: 256-766-4840
Facsimile: 256-485-4733

Attorneys for Plaintiff
*OPHA D. THOMPSON*

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

By:   */s/ Jonathan R. Little*
      One of Its Attorneys

Jonathan R. LITTLE (LITTJ4491)
jlittle@lightfootlaw.com
LIGHTFOOT FRANKLIN WHITE
LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203-3200
Telephone: 205-581-0772
Facsimile: 205-380-9172

Ian H. Morrison
imorrison@seyfarth.com
Megan E. Troy
mtroy@seyfarth.com
SEYFARTH SHAW LLP
233 S. Wacker Dr., Ste 8000
Chicago, IL 60606
Telephone: 312-460-5000
Facsimile: 312-460-7000

Attorneys for Defendant
*THE PRUDENTIAL INSURANCE*
*COMPANY OF AMERICA*

41955742v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record, using the CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrant, on the 30th day of October, 2017.

> R Willson Jenkins
> R. WILLSON JENKINS P.C.
> 201 South Court Street Suite 450
> P.O. Box 1061
> Florence, AL 35630
> Telephone: 256-766-4840
> Facsimile: 256-485-4733
> Email: willson@jenkinsandgonce.com

> *s/Jonathan R. Little*

41955742v.1