IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| Opha D. Thompson | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO.: 3:17-CV-01581-HNJ |
| The Prudential Insurance Company of America | ) ) ) ) |
| Defendant. | ) ) |

## JOINT STIPULATION OF DISMISSAL

COME NOW the Plaintiff and pursuant to Rule 41 of the F.R.C.P. jointly move to dismiss this action with prejudice based upon the following grounds:

1. The parties have voluntarily resolved this matter.

WHEREFORE THESE PREMISES CONSIDERED, the parties herein request that this action be dismissed with prejudice, costs have been prepaid.

This the 16th day of November, 2017.

_____
R. Willson Jenkins, P.C.
R. Willson Jenkins Attorney for the Plaintiff
P.O. Box 1061
Florence, AL 35631
(256) 766-4840

_____
Lightfoot, Franklin & White, LLC
Jonathan R. Little
The Clark Building
400 20th Street North
Birmingham, AL 35203-3200
(205) 581-0700

## CERTIFICATE OF SERVICE

I hereby certify that on 16th day of November, 2017 copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/ Willson Jenkins
Willson Jenkins


/s/ Jonathon R. Little
Jonathan R. Little