# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHWESTERN DIVISION

| | |
|---|---|
| **OPHA D. THOMPSON,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 3:17-cv-01581-MHH |
| **THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,** | } |
| **Defendant.** | } |

## ORDER

Plaintiff Opha D. Thompson and Defendant The Prudential Insurance Company of America filed a Joint Stipulation of Dismissal with prejudice. (Doc. 14).

The Court **ORDERS** that this action is **DISMISSED WITH PREJUDICE**, with costs taxed as paid. The Court **DIRECTS** the Clerk of Court to please close the file.

**DONE** and **ORDERED** this November 17, 2017.

_/s/ Madeline H. Haikala_
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE